UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:25-CV-00087-DLB-EBA

RONDA STEVENS, PLAINTIFF,

V.

**ORDER**

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON, *et al.*, DEFENDANTS.

*** *** *** ***

This matter is before the undersigned on the motion of Defendants, Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company, for permission to allow Iwana Rademaekers, Esq. to appear in this action *pro hac vice* on their behalf. [R. 4]. The proper showing has been made, and the admission fee has been paid. Having considered the matter fully, and being otherwise sufficiently advised,

**IT IS ORDERED** that the motion, [R. 4], is **GRANTED**, and Iwana Rademaekers, Esq. is hereby admitted to practice *pro hac vice* for all purposes in the above-styled action.

Signed September 10, 2025.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**