**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**AT ASHLAND**

**CIVIL ACTION NO. 25-87-DLB-EBA**

**RONDA STEVENS** **PLAINTIFF**

**v.** **SCHEDULING ORDER**

**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON**
**and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** **DEFENDANTS**

* * * * * * * * * * * * * * * *

The parties having filed their Joint Report of Parties' Planning Meeting (Doc. # 8) in this action, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1) Counsel for Defendant shall file under seal and provide a copy of the administrative record to Plaintiff's counsel **on or before October 27, 2025**;

2) All discovery shall be completed by **January 30, 2026**;

3) The Stipulated Administrative Record shall be filed under seal on or before **February 6, 2026**; and

4) Parties shall file dispositive motions by **March 16, 2026**. Simultaneous responses to the motions shall be filed by **April 15, 2026** and any replies shall be filed by **April 29, 2026**.

This 7th day of October, 2025.

**Signed By:**

***David L. Bunning*** DB

**Chief United States District Judge**

G:\Judge-DLB\DATA\ORDERS\Ashland Civil\2025\25-87 Scheduling Order ERISA.docx