UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND
*Electronically Filed*

| | | |
|---|---|---|
| RONDA STEVENS, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | CIVIL ACTION NO. 0:25-cv-00087- DLB-EBA |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| DEFENDANTS. | ) | |

**<u>JOINT MOTION TO EXTEND DEADLINES</u>**

Plaintiff Ronda Stevens and Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company jointly move to extend the remaining deadlines in the Court's October 7, 2025 Scheduling Order (ECF No. 9) by an additional forty-five (45) days. In support of this motion, the undersigned counsel state as follows:

1. This is a long-term disability benefit denial claim governed by the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 *et seq*.

2. The Court entered its Scheduling Order for this ERISA matter on October 7, 2025. The remaining deadlines set forth in the Court's Scheduling Order focus on discovery, the Administrative Record, and dispositive motions, responses, and replies. (ECF No. 9).

3. Since the Court's Scheduling Order, the Parties have discussed the Administrative Record, initiated discovery efforts, and initiated settlement discussions.

4. On October 27, 2025, Defendants produced a copy of the proposed Administrative Record to Plaintiff's counsel. The Parties have discussed the Administrative Record.

5. On December 4, 2025, Plaintiff served Interrogatories and Requests for Production of Documents on Defendants. On January 2, 2026, Defendants served responses to Plaintiff's discovery requests.

6. On January 13, 2026, Plaintiff, through counsel, contacted Defendants' counsel for meet and confer attempt regarding disputes related to the discovery and responses. The Parties are continuing to efforts to resolve their discovery dispute before requesting the Court's intervention. Therefore, the Parties believe an extension of time of the remaining deadlines in the Court's Scheduling Order will help aid the Parties in attempts to reach a resolution without Court intervention.

7. In further support of this motion, the Parties have initiated settlement discussions for this case. The Parties hope to continue these efforts which may eliminate any remaining issues regarding the ongoing discovery dispute. The Parties believe that the additional time for continuing settlement efforts will be in the interest of judicial economy and for good cause pursuant to Fed. R. Civ. Proc. 6 and 16. The Parties will promptly notify the Court if any settlement occurs.

8. The Parties believe extension of the remaining deadlines to be in the interest of judicial economy and efficiency, saving time and resources for all parties and the Court.

9. This Joint Motion is not made for the purpose of undue delay, and no prejudice will result to any party from the granting of this request for an extension.

Accordingly, for good cause shown, the Parties jointly request that the Court extend the remaining deadlines by forty-five (45) days as follows:

All discovery shall be completed by **March 16, 2026**;

The Stipulated Administrative Record shall be filed under seal on or before **March 23, 2026**; and

Parties shall file dispositive motions by **April 30, 2026**. Simultaneous responses to the motions shall be filed by **June 1, 2026** and any replies shall be filed by **July 16, 2026**.

A proposed Order is tendered herewith.

Respectfully Submitted,

*/s/ Elizabeth A. Thornsbury*
Elizabeth A. Thornsbury
Philip G. Fairbanks
Mehr Fairbanks Trial Lawyers, PLLC
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
Email: elizabeth@austinmehr.com
Email: pgf@austinmehr.com
*Counsel for Plaintiff*

*/s/ Iwana Rademaekers* (with permission)
Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY