UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND
*Electronically Filed*

| | | |
|---|---|---|
| RONDA STEVENS, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | CIVIL ACTION NO. 0:25-cv-00087- DLB-EBA |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY | ) | |
| DEFENDANTS. | ) | |

**ORDER**

The Parties having jointly requested an extension of time, and the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the joint motion is **SUSTAINED** and all remaining deadlines in the October 7, 2025 Scheduling Order (ECF No. 9) are extended by forty-five (45) days, such that:

(1) All discovery shall be completed by **March 16, 2026**;

(2) The Stipulated Administrative Record shall be filed under seal on or before **March 23, 2026**; and

(3) Parties shall file dispositive motions by **April 30, 2026**. Simultaneous responses to the motions shall be filed by **June 1, 2026** and any replies shall be filed by **July 16, 2026**.