UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:25-CV-000087-DLB-EBA

RONDA STEVENS, PLAINTIFF,

V.

**ORDER**

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON, *et al.*, DEFENDANTS.

*** *** *** ***

The parties have filed a joint motion for a 45-day extension of time of all pending discovery deadlines. [R. 10]. Having considered the matter, and being sufficiently advised,

**IT IS ORDERED** that the parties' joint motion, [R. 10], is **GRANTED**. The deadlines set by this Court's Scheduling Order, [R. 9], are hereby vacated to the extent set forth below:

1. All discovery shall be completed no later than **March 16, 2026**.

2. The parties shall file a Stipulated Administrative Record under seal no later than **March 23, 2026**.

3. The parties shall file dispositive motions no later than **April 30, 2026**. Simultaneous responses are due **June 1, 2026**, and any replies should be filed no later than **July 16, 2026**.

Signed January 26, 2026.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**