UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND
*Electronically Filed*

| | | |
|---|---|---|
| RONDA STEVENS,<br><br>PLAINTIFF,<br><br>v.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>DEFENDANTS. | ) | CIVIL ACTION NO. 0:25-cv-00087- DLB-EBA |

**<u>JOINT NOTICE OF SETTLEMENT</u>**

Plaintiff Ronda Stevens and Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company (collectively the "Parties"), by and through counsel, hereby jointly notify the Clerk and the Court pursuant to Local Rule 54.1 that the Parties have reached a tentative settlement in principle in this matter. The Parties respectfully ask the Court to allow forty-five (45) days to finalize the settlement terms and settlement, and to stay any pending deadlines during such time. Once the settlement is finalized, the Parties propose that they shall submit a Fed. R. Civ. P. 41(a)(1)(A)(ii) compliant joint Stipulation of Dismissal.

Respectfully Submitted,

*/s/ Elizabeth A. Thornsbury*
Elizabeth A. Thornsbury
Philip G. Fairbanks
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
Email: elizabeth@austinmehr.com
Email: pgf@austinmehr.com
*Counsel for Plaintiff*

*/s/ Iwana Rademaekers* (with permission)
Iwana Rademaekers
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Telephone: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following:

- **Philip G. Fairbanks**
  pgf@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com
- **Iwana Rademaekers**
  iwana@rademaekerslaw.com,sandy@rademaekerslaw.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,assistant@austinmehr.com

*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY