UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CIVIL ACTION NO. 0:25-CV-00087-DLB-EBA

RONDA STEVENS, PLAINTIFF,

V. **ORDER**

LINCOLN LIFE ASSURANCE
COMPANY OF BOSTON, *et al*., DEFENDANTS.

*** *** *** ***

The parties have jointly advised the Court that they have reached a settlement of this matter and will file an agreed order of dismissal with the Court once settlement is complete. [R. 12]. Therefore,

**IT IS ORDERED** that the parties are **DIRECTED** to submit a proposed agreed order of dismissal, or another status report advising the Court of the status of the settlement, on or before **April 6, 2026**.

Signed February 20, 2026.

**Signed By:**
***Edward B. Atkins*** EBA
**United States Magistrate Judge**