UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND
*Electronically Filed*

Eastern District of Kentucky
FILED

MAR 30 2026

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

| | | |
|---|---|---|
| RONDA STEVENS, | ) | |
| PLAINTIFF, | ) | |
| v. | ) | CIVIL ACTION NO. 0:25-cv-00087- DLB-EBA |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, and THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| DEFENDANTS. | ) | |

**AGREED ORDER OF DISMISSAL**

Plaintiff Ronda Stevens and Defendants Lincoln Life Assurance Company of Boston and The Lincoln National Life Insurance Company (collectively "the Parties"), having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

**IT IS HEREBY ORDERED** that the above-referenced action be and hereby is dismissed with prejudice, and stricken from the Court's docket, with each party to bear its own costs, expenses, and attorneys' fees.

30 March 26

Signed By:
*David L. Bunning* DB
Chief United States District Judge

**HAVE SEEN AND AGREED TO:**


*/s/ Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
**Mehr Fairbanks Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
*Counsel for Plaintiff*

*/s/ Iwana Rademaekers (with permission)*
*Iwana Rademaekers*
Email: iwana@rademaekerslaw.com
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
*Counsel for Defendants*